Alyson J. Dykes, CA Bar #319835
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 310
Corona, CA 92880
Telephone: (657) 500-4317

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LATRENA COOPER, | ) |
| | ) |
| Plaintiff, | ) Case. No.: 1:18-cv-07100-DDP-MAA |
| | ) |
| – vs – | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) OF CASE |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, LATRENA COOPER ("Plaintiff"), through her attorney, hereby voluntarily dismisses this entire case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

Dated: September 6, 2018     By:     /s/ Alyson J. Dykes
                                      Alyson J. Dykes
                                      Attorney for Plaintiff

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September 2018, I sent a copy of the foregoing Notice of Dismissal to the following address:

GC Services, LP
6330 Gulfton St.
Attn: Law Department
Houston, TX 77081-1108

By: */s/ Alyson J. Dykes*
Alyson J. Dykes, CA Bar #319835
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Ste 310
Corona, CA 92880
Telephone: (657) 500-4317

Attorney for Plaintiff